THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY ELLIS, LOUIS WEISS, THOMAS O'CONNELL, RALPH MARTIN, FRANK DEL PIZZO, EDWARD MCCOY, ADAM GAROFOLO, SOL DRAGONI, BENNY LOBALLO, DAVID KATZ and MURRAY SILVER, Appellants.

(Argued March 8, 1935; decided March 19, 1935.)

*James J. Armstrong* for appellants.

*William Copeland Dodge, District Attorney (LeRoy Mandle* of counsel), for respondent.

As to defendant Ellis: Appeal dismissed for failure to surrender. As to other defendants: Judgment as to each affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.